October 24, 1911.   Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure, as amended by the Act of March 9, 1911, and rule 40 of the Supreme Court. *Mr. Juan B. Huyke* for petitioner.   *Messrs. Aponte* and *Aponte* for respondent.

---

No. 386. THE PEOPLE *v.* ARCHILLA.—Appeal from the District Court of San Juan, Section 2.   Decided October 26, 1911.   Judgment affirmed.   *Mr. Ramón Falcón* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 380. THE PEOPLE *v.* ORTÍZ ET AL.—Appeal from the District Court of San Juan, Section 2.   Decided October 26, 1911.   Judgment affirmed.   *Messrs. Cayetano Coll y Cuchí* and *Pedro González* for appellants.   *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 383. THE PEOPLE *v.* AMADOR.—Appeal from the District Court of San Juan, Section 2.   Decided October 30, 1911. Judgment affirmed.   *Mr. Ramón Falcón* for appellant. `Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 773. ENRICH *v.* FORTEZA ET AL.—Appeal from the District Court of San Juan, Section 1.   Motion to dismiss the appeal.   Decided October 30, 1911.   Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure, as amended by the Act of March 9, 1911, and rule 40 of the Supreme Court.   *Mr. Cayetano Coll y Cuchí* for petitioners.   *Messrs. López Landrón* and *Rincón* for respondent.

---

No. 744. ENRICH *v.* FORTEZA ET AL.—Appeal from the District Court of San Juan, Section 1.   Motion to dismiss the

appeal. Decided October 30, 1911. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure, as amended by the Act of March 9, 1911, and rule 40 of the Supreme Court. *Mr. Cayetano Coll y Cuchí* for petitioners. *Messrs. López Landrón* and *Rincón* for respondent.

---

No. 738. THE FAJARDO DEVELOPMENT COMPANY *v.* SUCCESSION OF MORFI.—Appeal from the District Court of Humacao. Decided October 30, 1911. The order of October 23, 1911, is amended.

---

No. 738. THE FAJARDO DEVELOPMENT COMPANY *v.* SUCCESSION OF MORFI.—Appeal from the District Court of Humacao. Motion to set aside the order dismissing the appeal on motion of the court. Decided October 31, 1911. Motion sustained. *Messrs. Garvan & Armstrong* and *Luis Muñoz Morales* for petitioners. *Messrs. Manuel Tous Soto* and *Carlos Travecier* for respondents.

---

No. 378. THE PEOPLE *v.* BURGOS.—Appeal from the District Court of San Juan, Section 2. Decided November 2, 1911. *Mr. Adrián Agosto* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 385. EX PARTE LE ROY.—Appeal from the decision rendered by Mr. Justice MacLeary in *habeas corpus* proceedings on August 12, 1911. Decided November 3, 1911. Decision affirmed. *Mr. Herminio Díaz Navarro* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.